### October 21, 1964

## Sterusky Unemployment Compensation Case.

Argued September 15, 1964. *Vincent J. Sterusky,* appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.